DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY SIFFORT,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,**
and **VALENCIA JOSEPH,**
Appellees.

No. 4D2023-2992

[July 3, 2024]

Appeal from the State of Florida, Department of Revenue, Child Support Program, L.T. Case No. 2001812161; CC Depository No. 06230009647CA.

Gary Siffort, Oakland Park, pro se.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***